## JACKSON *v.* THE STATE.

EVANS, P. J. The evidence did not authorize an instruction on the subject of voluntary manslaughter. The charge of the court fairly presented the law of justifiable homicide, as applicable to the case. The evidence supports the verdict, which has the approval of the trial judge, and there was no error in overruling the motion for new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
                        JANUARY 13, 1914.

Indictment for murder. Before Judge James B. Park. Jasper superior court. October 30, 1913.

*Moore & Moore* and *A. S. Thurman,* for plaintiff in error.

*T. S. Felder, attorney-general,* and *J. E. Pottle, solicitor-general,* contra.